**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**
_____

CHRISTOPHER SCOTT DANGIM,

     Plaintiff - Appellant,

v.

FNU LNU, USA Law Enforcement; FNU
LNU, Rio Rancho Police; FNU LNU,
Sandoval County Sherriffs; FNU LNU,
Docs and Mental Health; FNU SALAZAR,
Officer,

     Defendants - Appellees.

No. 17-2156
(D.C. No. 1:16-CV-00812-JB-SCY)
(D. N.M.)

_____

**ORDER AND JUDGMENT**[*]
_____

Before **HARTZ**, **HOLMES**, and **BACHARACH**, Circuit Judges.
_____

Christopher Scott Dangim appeals from the district court's dismissal without prejudice of his claims against the United States, the court's dismissal without prejudice of his claims against state officers under 42 U.S.C. § 1983, and the court's decision to decline to exercise supplemental jurisdiction over his remaining state-law claims.

---

[*] After examining the briefs and appellate record, this panel has determined unanimously that oral argument would not materially assist in the determination of this appeal. *See* Fed. R. App. P. 34(a)(2); 10th Cir. R. 34.1(G). The case is therefore ordered submitted without oral argument. This order and judgment is not binding precedent, except under the doctrines of law of the case, res judicata, and collateral estoppel. It may be cited, however, for its persuasive value consistent with Fed. R. App. P. 32.1 and 10th Cir. R. 32.1.

We **AFFIRM** the judgment below. The district court bent over backwards to discern claims in Mr. Dangim's pleadings and patiently explained why the claims under federal law must fail. Mr. Dangim's brief in this court points to no errors by the district court. In addition, the district court acted well within its discretion in declining to exercise supplemental jurisdiction over state-law claims. We **DENY** Mr. Dangim's motion for leave to proceed *in forma pauperis*.

Entered for the Court

Harris L Hartz
Circuit Judge